MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIANNE BILDERBACK            )    No. 2:16-cv-01954-JAD-VCF
                             )
        Plaintiff,            )    ECF No. 10
                             )
vs.                          )
                             )
OCWEN LOAN SERVICING, LLC    )
                             )
        Defendant.            )
_____)

**STIPULATION TO EXTEND THE TIME TO RESPOND TO**

**DEFENDANT'S MOTION TO DISMISS TO _NOVEMBER 9, 2016_**

[First Request]

This stipulation is filed pursuant to LR IA 6-1. This action was filed August 17, 2016. On September 22, 2016 Defendant filed its pending Motion to Dismiss [#9]. This is the first stipulation for an extension of time to respond to Defendant's pending Motion to Dismiss.

///
///
///
///
///
///

The additional time will allow the parties to further review and access their respective positions. There remains a possibility of resolving Plaintiff's claims short of protracted Motion practice.

DATED: October 7, 2016

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | McCARTHY & HOLTHUS, LLP |
| *[signature]* | /s/ Thomas Beckom |
| MITCHELL D. GLINER, ESQ. | THOMAS N. BECKOM, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 12554 |
| 3017 W. Charleston Blvd. # 95 | 9510 W. Sahara Ave., # 200 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89117 |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: 10/12/16