MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIANNE BILDERBACK          )    No. 2:16-cv-01954-JAD-VCF
                           )
       Plaintiff,          )
                           )
vs.                        )    **ORDER**
                           )    ECF No. 12
OCWEN LOAN SERVICING, LLC  )
                           )
       Defendant.          )
_____)

**STIPULATION TO EXTEND THE TIME TO RESPOND TO**

**DEFENDANT'S MOTION TO DISMISS TO <u>DECEMBER 9, 2016</u>**

[Second Request]

This stipulation is filed pursuant to LR IA 6-1. This action was filed August 17, 2016. On September 22, 2016 Defendant filed its pending Motion to Dismiss [#9]. This is the second stipulation for an extension of time to respond to Defendant's pending Motion to Dismiss.

///
///
///
///
///
///

The additional time will allow the parties to further review and assess their respective positions. There remains a real possibility of resolving Plaintiff's claims short of protracted Motion practice.

DATED: November 9, 2016

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | McCARTHY & HOLTHUS, LLP |
| /s/ Mitchell D. Gliner | /s/ Thomas N. Beckom |
| MITCHELL D. GLINER, ESQ.<br>Nevada Bar No. 3419<br>3017 W. Charleston Blvd. # 95<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff | THOMAS N. BECKOM, ESQ.<br>Nevada Bar No. 12554<br>9510 W. Sahara Ave., # 200<br>Las Vegas, Nevada 89117<br>Attorney for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 9, 2016