MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIANNE BILDERBACK            )     No. 2:16-cv-01954-JAD-VCF
                             )
        Plaintiff,            )
vs.                          )
                             )
OCWEN LOAN SERVICING, LLC    )
                             )
        Defendant.            )
_____)

### STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS TO *DECEMBER 16, 2016*

[Third Request]

This stipulation is filed pursuant to LR IA 6-1.  This action was filed August 17, 2016. On September 22, 2016 Defendant filed its pending Motion to Dismiss [#9].  This is the third stipulation for an extension of time to respond to Defendant's pending Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The additional time will allow the parties to further review and assess their respective positions. There remains a real possibility of resolving Plaintiff's claims short of protracted Motion practice. Further, Plaintiff has very recently received supplemental documentation which she contends support her various claims.

DATED: December 8, 2016

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | McCARTHY & HOLTHUS, LLP |
| *signature* | /s/ Thomas N. Beckom |
| MITCHELL D. GLINER, ESQ. | THOMAS N. BECKOM, ESQ. |
| Nevada Bar No. 3419 | Nevada Bar No. 12554 |
| 3017 W. Charleston Blvd. # 95 | 9510 W. Sahara Ave., # 200 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89117 |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 12-9-16