# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| DIANNE BILDERBACK,<br><br>           Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>           Defendant. | 2:16-cv-01954-JAD-VCF<br><br>**ORDER GRANTING LIMITED STAY OF DISCOVERY**<br><br>[Stipulation and Order Staying Discovery (ECF No. 20)] |

The parties filed a Stipulation and Order Staying Discovery (ECF No. 20). The Stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or June 20, 2017;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendant files an answer or June 20, 2017;

After June 6, 2017, the parties may file a stipulation to further stay discovery and the filing of a new Discovery Plan and Scheduling Order, if the case is still pending and the Defendant has not filed an answer at the time of filing the new stipulation.

DATED this 20th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE