UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dianne Bilderback,<br><br>       Plaintiff<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>       Defendant | 2:16-cv-01954-JAD-VCF<br><br>**Order Granting Motion to Extend Time for Response**<br><br>ECF No. 25 |

   Plaintiff Dianne Bilderback moved [ECF No. 25] to extend her deadline to respond to defendant's motion to dismiss [ECF No. 24] to February 6, 2017, and then she filed that response on the proposed February 6, 2017, deadline. Good cause appearing,

   IT IS HEREBY ORDERED that Bilderback's motion to extend the deadline for response **[ECF No. 25] is GRANTED** nunc pro tunc to January 23, 2017. Bilderback's February 6, 2017, response [ECF No. 27] is deemed timely.

   DATED: February 7, 2017

                                                      _____
                                                      Jennifer A. Dorsey
                                                      United States District Judge