MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DIANNE BILDERBACK        )    No. 2:16-cv-01954-JAD-VCF
                         )
    Plaintiff,           )
vs.                      )
                         )
OCWEN LOAN SERVICING, LLC)
                         )
    Defendant.           )
                         )

**STIPULATION TO STAY DISCOVERY**

**[Second Request]**

Plaintiff filed this action on August 17, 2016. On December 20, 2016 the Honorable Magistrate entered his attached *Order Granting Limited Stay Of Discovery* [#22]. Defendant has not filed an Answer and this Honorable Court has not yet ruled on Defendant's pending January 9, 2017 Motion to Dismiss The First Amended Complaint [#24].

The parties respectfully request that discovery in this action be stayed throughout the pendency of the above-noted motion practice and until twenty (20) days after Defendant files its Answer. This will assist the parties in avoiding unnecessary time and expense related to costly

///
///
///

discovery in the event Defendant's Motion is granted.  Further, in the event Defendant's Motion to Dismiss is denied, that may provide a basis to renew settlement discussions prior to entering into further discovery.

DATED: June 8, 2017

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner

MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

McCARTHY & HOLTHUS, LLP

/s/ Thomas N. Beckom

THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
9510 W. Sahara Ave., # 200
Las Vegas, Nevada 89117
Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-8-2017

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DIANNE BILDERBACK,<br><br>             Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>             Defendant. | 2:16-cv-01954-JAD-VCF<br><br>**ORDER GRANTING LIMITED STAY OF DISCOVERY**<br><br>[Stipulation and Order Staying Discovery (ECF No. 20)] |

The parties filed a Stipulation and Order Staying Discovery (ECF No. 20). The Stay requested by the parties does not set a date certain for lifting the stay and will not be approved in that form.

Good Cause Appearing,

IT IS HEREBY ORDERED that all discovery is stayed in this case until the earlier of twenty (20) days after Defendant files an answer or June 20, 2017;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendant files an answer or June 20, 2017;

After June 6, 2017, the parties may file a stipulation to further stay discovery and the filing of a new Discovery Plan and Scheduling Order, if the case is still pending and the Defendant has not filed an answer at the time of filing the new stipulation.

DATED this 20th day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE